UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISSAM AZZIZ,

    Plaintiff

V.                                                      Case No. 8:11-cv-1773-T-26AEP

PRICE WATERHOUSE COOPERS,
LLP, a Foreign Limited Liability
Partnership,

    Defendant
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

      COME NOW Issam Azziz, Plaintiff, and PricewaterhouseCoopers LLP, Defendant, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii). Fed. R. Civ. P., and stipulate to the voluntary dismissal of all post-employment claims referenced in Counts II and III of the Complaint which assert that Defendant retaliated against Plaintiff in violation of 42 U.S.C. § 1981 or Title VII of the Civil Rights Act of 1964, as amended, by undermining his efforts to find new employment because of his alleged "racial discrimination against persons who are Muslims or of Arab ethnicity." Complaint ¶ 36.  The specific allegations which Plaintiff is voluntarily dismissing by virtue of this Stipulation are found in ¶¶'s 24-28, 36 (post-termination claims only), and 40-43 of the Complaint.  This Stipulation does not affect Plaintiff's claims of discriminatory and retaliatory discharge from employment which are found in Counts I and II of the Complaint.

| | |
|---|---|
|    */s/ Peter F. Helwig*                 |     */s/ Peter W. Zinober*           |
| Peter F. Helwig | Peter W. Zinober |
| Florida Bar No. 0588113 | Florida Bar No. 121750 |
| E-mail: pfhelwig@tampabay.rr.com | E-mail: zinoberp@gtlaw.com |

| | |
|---|---|
| Kathryn S. Piscitelli | Jay P. Lechner |
| Florida Bar No. 368598 | Florida Bar No. 050435 |
| E-mail: kpiscitelli@tampabay.rr.com | E-mail: lechnerj@gtlaw.com |
| Harris & Helwig, P.A. | Greenberg Traurig, P.A. |
| 6700 South Florida Avenue, Suite 31 | 625 East Twiggs Street, Suite 100, |
| Lakeland, Florida 33813 | Tampa, Florida 33602. |
| Telephone: (863) 648-2958 | Telephone: (813) 318-5700 |
| Facsimile ( 863) 619-8901 | Facsimile: (813) 318-5900 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |