**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ISSAM AZZIZ,

    Plaintiff,

v.                                                        Case No: 8:11-cv-1773-T-35AEP

PRICE WATERHOUSE COOPERS, LLP,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the parties' Stipulation for Voluntary Dismissal with Prejudice, (Dkt. 74) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 7th day of February, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party